874

5-3611                                      394 S. W. 2d 613

Supplemental opinion on denial of rehearing delivered
November 1, 1965.

GEORGE ROSE SMITH, J., on rehearing. In a petition
for rehearing the appellees make the point that even if
our decision is correct the transfer of stock should be set
aside only with respect to the appellant's one-third inter-
est. The case of *Bell* v. *Wilson,* 52 Ark. 171, 12 S. W. 328,
5 L. R. A. 370 (1889), is cited for the proposition that a
fraudulent conveyance is nevertheless good not only
between the parties but also against all the world except
the defrauded creditors.

A statute adopted after the decision in the *Bell* case
has been interpreted to reflect a legislative intention to
assist the heirs of a fraudulent grantor. Ark. Stat. Ann.
§ 62-416 (1947), carried forward into the Probate Code,
Ark. Stat. Ann. § 62-2402 (Supp. 1965); *Ives* v. *Ives,* 177
Ark. 1060, 9 S. W. 2d 1062 (1928); *Moore* v. *Waldstein,*
74 Ark. 273, 85 S. W. 416 (1905). Paul Rush's heirs, how-
ever, are not parties to the present proceeding; so we are
not in a position to render a final ruling upon the ques-
tion now raised by the appellees. This is a matter that
may be fully explored in further proceedings upon the
remand of the case to the trial court, when, too, any other
necessary parties may be brought into the case.

Rehearing denied.

Original opinion P. 706.